## S91O1276. ANDERSON v. WILLIAMS et al.
(407 SE2d 760)

BENHAM, Justice.

This is a petition for writ of mandamus filed as an original action in the court, and, under *Brown v. Johnson,* 251 Ga. 436 (306 SE2d 655) (1983), must be dismissed.

*Petition for writ dismissed. All the Justices concur.*

DECIDED JULY 3, 1991.

Gerald Anderson, *pro se.*
*Michael J. Bowers, Attorney General, Massie H. McIntyre,* for appellees.